November 30, 1977

M. P. No. 77-252. VINCENT R. BROWN, JR. *v.* BRADFORD SOUTHWORTH, *Warden.* Petition for writ of habeas corpus is denied as moot. *Walter R. Stone,* for petitioner. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for respondent.

APPEAL No. 77-51. THURSTON L. WINSTON *v.* BRADFORD SOUTHWORTH, *Director, Department of Corrections and* WILLIAM LAURIE, *Assistant Director for Adult Services.* This appeal, on remand to the Superior Court, was resolved by agreement of the parties. This agreement has been entered as an order of that court.

The agreement having disposed of the only issue raised on appeal, the appeal is hereby dismissed as moot. *William F. Reilly,* Public Defender, *Barbara Hurst,* Assistant Public Defender, for plaintiff. *Julius C. Michaelson,* Attorney General, for defendants.

December 9, 1977

APPEAL No. 76-323. JACENTO ROSA *et al. v.* JOHN OLIVEIRA. Upon request of the defendant, further proceedings in this appeal are stayed, pending resolution of the defendant's case in United States District Court for the District of Rhode Island.

Chief Justice Bevilacqua did not participate.

Associate Justice Paolino did not participate. *Hodosh, Spinella, Hodosh & Angelone, Gerard McGovern DeCelles,* for plaintiffs. *John Oliveira,* pro se, defendant.